## CAMARA v. UNITED STATES.

No. 605, Misc.   Decided June 27, 1960.

*Albert E. Jenner, Jr.* for petitioner.
*Solicitor General Rankin* for the United States.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for writ of certiorari are granted.   The judgment is vacated and the case is remanded for consideration in light of *Elkins* v. *United States, ante,* p. 206, decided this day.

MR. JUSTICE FRANKFURTER would reverse on the basis of his dissenting opinion in *Rios* v. *United States, ante,* p. 233, and *Elkins* v. *United States, ante,* p. 233, decided this day.

## CUTTING v. BANK OF ALASKA (OR NATIONAL BANK OF ALASKA) ET AL.

No. 925, Misc.   Decided June 27, 1960.

PER CURIAM.

The appeal is dismissed.   The motions for other relief are denied.